GIFFIN, WINNING, LINDER, NEWKIRK, COHEN, BODEWES & NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-807—Claimant

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed June 27, 1974.*

GIFFIN, WINNING, LINDER, NEWKIRK, COHEN, BODEWES & NARMOCT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

511

PER CURIAM.